United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO:     Judge Watson, Judge Morrison, Magistrate Judge Deavers

FROM:     Eric Weitz, Deputy Clerk

DATE:     5/26/2021

SUBJECT:     Case Caption:   Canales et al v. The Ohio State University

CASE:     Case Number:   Doc. 2:21-cv-2562 1

    Judges:   Judge Morrison / Magistrate Judge Deavers

    File Date:   5/17/2021

This memorandum is to notify you that following cases are possibly related:

**Related Case**

Case Caption:   **Garrett et al v. The Ohio State University**

Case Number:   **Doc. 2:18-cv-692 1**     District Judge:   **Watson**

File Date:   7/16/2018     Magistrate Judge:   **Deavers**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator __Eric Weitz__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Watson__.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies