

THE OHIO STATE UNIVERSITY



PLAINTIFF'S EXHIBIT A

Office of the President

205 Bricker Hall
190 North Oval Mall
Columbus, OH 43210-1357

614-292-2424 Phone
614-292-1231 Fax
osu.edu

May 17, 2019

Dear Member of the Ohio State Community:

Today we are releasing publicly the independent investigative report from Perkins Coie regarding Dr. Richard Strauss. The findings are shocking and painful to comprehend.

We are deeply grateful for your participation in the investigation that helped to reveal the extent of Strauss' sexual abuse of his student-patients and the unacceptable failures of this institution.

On behalf of the university, we offer our profound regret and sincere apologies to each person who endured Strauss' abuse, and for our institution's fundamental failure at the time to prevent this abuse.

As you know, the report is the culmination of the 12-month investigation by Perkins Coie. The independent investigators concluded that Strauss committed acts of sexual abuse against at least 177 students during his employment at Ohio State from 1978 to 1998. The report also concludes that university personnel at the time had knowledge of complaints and concerns about Strauss' conduct as early as 1979 but failed to investigate or act meaningfully.

This independent investigation was completed only because of your strength and courage. We thank you for speaking with the investigators and also thank those who spoke to us at our Board of Trustees meeting in November.

The independent investigators interviewed more than 500 individuals in total and reviewed documents dating back to the relevant time period. We want to assure you that the investigators made every effort to protect your anonymity. Accordingly, the names of survivors are omitted from the report.

The university advocated with the State Medical Board of Ohio to be allowed to release the full, unredacted report, and we filed a motion in that regard with the federal court. The medical board opposed our motion to the court, citing R.C. 4731.22(F). The federal court denied our motion. Therefore, portions of the report referring to the medical board's investigatory file on Strauss must be redacted. The university will continue to advocate for permission to release the redacted portions of the report.

Please know the report contains explicit descriptions of sexual abuse.

- Link to the Strauss investigation report.

As a reminder, the university announced earlier this year that it will cover the cost of professionally certified counseling for those affected by Strauss. The counseling is offered through Praesidium, which has extensive experience in providing confidential and sensitive support services. No contact with the university is required, and Praesidium will not share your information with Ohio State. You can engage in this counseling for as long as needed. If you have received counseling as a result of Strauss' actions, the university will reimburse those costs through Praesidium.

We are committed to the safety and well-being of every student on our campuses. The university has implemented multiple additional safeguards against sexual misconduct and abuse in the 20 years since Strauss left the university and will continue to advance these efforts.

Ohio State is sharing the report publicly this morning on the Strauss investigation website. Here, you will also find related public records and messages to our university community. You may receive additional communications from the university today as we attempt to reach the broader Ohio State community.

We established and announced the independent investigation by Perkins Coie after allegations concerning Strauss' abuse were brought to the university's attention in spring 2018. We reached out to tens of thousands of alumni and former student-athletes who attended Ohio State during Strauss' employment at the university. We asked for their help with the investigation. Most importantly, we asked for your help, and we are particularly thankful for your willingness to share your experiences with investigators. We truly appreciate the courage you displayed in coming forward, and our university is united in gratitude to you. We will remain ever-vigilant in working to ensure this can never happen again.

Sincerely,

*[signature]*

Michael V. Drake, MD
President

*[signature]*

Michael J. Gasser
Chair, Board of Trustees