

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN GARRETT, ET AL,     )
                          )
  PLAINTIFFS,         )     CASE NO. 2:18-cv-692
                          )
        vs.          )
                          )
THE OHIO STATE UNIVERSITY,)
                          )
  DEFENDANT.         )
_____)

STEVE SNYDER-HILL, ET AL, )
                          )
  PLAINTIFFS,         )     CASE NO. 2:18-cv-736
                          )
        vs.          )
                          )
THE OHIO STATE UNIVERSITY,)
                          )
  DEFENDANT.         )
_____)

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE MICHAEL H. WATSON, JUDGE, AND
THE HONORABLE ELIZABETH PRESTON DEAVERS, MAGISTRATE JUDGE
THURSDAY, JANUARY 17, 2019; 10:15 A.M.
COLUMBUS, OHIO

FOR THE GARRETT, ET AL PLAINTIFFS:

     Sharp Law
     By: Rex A. Sharp, Esq.
     5301 West 75th Street
     Prairie Village, Kansas 66208

     Sauder Schelkopf
     By: Joseph G. Sauder, Esq.
     555 Lancaster Avenue
     Berwyn, Pennsylvania 19312

Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 2 of 48 PAGEID #: 278
Case: 2:18-cv-00692-MHW-EPD Doc #: 193-1 Filed: 09/15/21 Page: 2 of 11 PAGEID #: 4612
Case: 2:18-cv-00692-MHW-EPD Doc #: 92 Filed: 09/21/18 Page: 2 of 11 PAGEID #: 2991

```
                    The Law Offices of Simina Vourlis
                    By:  Simina Vourlis, Esq.
                    1689 West 3rd Avenue
                    Columbus, Ohio 43212



        FOR THE SNYDER-HILL, ET AL PLAINTIFFS:

                    Landskroner Grieco Merriman, LLC
                    By:  Jack Landskroner, Esq.
                    1360 West 9th Street, Suite 200
                    Cleveland, Ohio 44113

                    Scott Elliot Smith LPA
                    By:  Scott E. Smith, Esq
                         Brian R. Noethlich, Esq.
                    5003 Horizons Drive, Suite 100
                    Columbus, Ohio 43220



        FOR THE DEFENDANT:
                    Carpenter Lipps & Leland LLP
                    By:  Michael H. Carpenter, Esq.
                         David J. Barthel, Esq.
                         Stephen E. Dutton, Esq.
                         Timothy R. Bricker, Esq.
                    280 North High Street, 280 Plaza, Suite 1300
                    Columbus, Ohio 43215

                                 - - -


            Proceedings recorded by mechanical stenography, transcript
        produced by computer.

                        LAHANA DUFOUR, RMR, CRR
                      FEDERAL OFFICIAL COURT REPORTER
                      85 MARCONI BOULEVARD, ROOM 121
                          COLUMBUS, OHIO 43215
                             614-719-3286
```

3

```
1                              Thursday Morning Session

2                              January 17, 2019

3                                  -  -  -

4            THE COURTROOM DEPUTY:  These are case numbers

5    218-cv-692, 2:18-cv-736, Brian Garrett, et al and Steve

6    Snyder-Hill, et al versus the Ohio State University.  Counsel,

7    please enter your appearances.

8            MR. LANDSKRONER:  Jack Landskroner for the plaintiffs

9    Snyder-Hill.

10           MR. SMITH:  Scott Elliot Smith for the plaintiff Steve

11   Snyder-Hill.

12           MR. NOETHLICH:  Brian Noethlich for the plaintiffs

13   Snyder-Hill.

14           MS. VOURLIS:  Simina Vourlis for the plaintiff

15   Garrett.

16           MR. SAUDER:  Joe Sauder for the plaintiff Garrett.

17           MR. SHARP:  Rex Sharp for Brian Garrett and the

18   punitive class.

19           MR. CARPENTER:  For the defendants, Your Honor, Ohio

20   State University, Mike Carpenter and my colleagues Tim Bricker,

21   Dave Barthel and Ned Dutton.

22           THE COURT:  I want to start by saying that I, and I

23   think every member of this bench probably, have at one time or

24   another served as an adjunct professor of Ohio State.  I

25   currently am teaching.  I say that only because if you want to
```

                                                                        4

1    take shots, you can take shots.   I'm thinking that my intention

2    is to stay on the case and, nonetheless, I'm letting you know

3    in case you want to raise something.

4         The Court does not intend to rule anytime soon on the

5    motions to stay discovery or the motions to dismiss.   The Court

6    intends that we will mediate these cases and that we will do so

7    beginning within the next 30 days.

8         Michael, when is the Perkins Coie investigation

9    completed?

10        MR. CARPENTER:   I don't know, Your Honor.   I am not

11   involved in that investigation so I have no real timeline or

12   access to that timeline.

13        THE COURT:   I want to see a copy of the report in

14   camera as soon as it's available as well as any status updates

15   that the board has received to date.

16        This mediation will likely have a number of moving parts

17   and so I am thinking of the model that was employed in the

18   Detroit bankruptcy case using a number of different mediators

19   that I would supervise in the course of mediating these cases.

20   I know the board chairman, Mike Gasser.   He's a man of his

21   word.   He's told the victims that appeared before the board

22   that, rest assured, the board is not dismissing you.   We're

23   committed to doing the right thing.   And the Court intends to

24   see that the right thing is done here.

25        I know that Mr. Gasser said at that meeting which I

Case: 2:18-cv-00692-MHW-EPD Doc #: 93-1 Filed: 09/15/21 Page: 5 of 11 PAGEID #: 3615
Case: 2:18-cv-00692-MHW-EPD Doc #: 92 Filed: 09/13/21 Page: 5 of 11 PAGEID #: 302

5

1    believe happened in December but I'm not -- I don't have the

2    date right at hand, but in any event, he indicated that the

3    report would be -- the investigation would be over soon and we

4    look forward to coming up with appropriate responses to action

5    at that time.

6           In preparing for this case, the Court has been watching

7    what's going on in Michigan as well.  One might say that there

8    is -- there have been some fairly embarrassing revelations, I

9    think, from the lawyer that was appointed to sort of oversee

10   compliance with the investigation.  I think there was a

11   resignation involved.  I want to avoid that.  I want to avoid

12   all of that.

13          This case needs to be handled in a manner that is worthy

14   of a great institution and these victims need to be dealt with

15   as the Chairman of the Board of Trustees has indicated that he

16   is committed to doing.  We will be issuing an order following

17   our status conference today where we will solicit ideas from

18   counsel as to individuals who might serve as mediators.  We'll

19   be looking for probably joint recommendations.  I am willing to

20   be edified on the model but the one that comes to mind, as I

21   say, is the Detroit bankruptcy matter.

22          I know there's a great deal of -- there are legitimate

23   questions about the statute of limitations and so I want to ask

24   counsel.  I'm looking for a commitment from the plaintiffs.

25   You're talking about deliberate indifference from the date that

Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 6 of 48 PAGEID #: 282
Case: 2:18-cv-00692-MHW-EPD Doc #: 193-1 Filed: 09/25/21 Page: 6 of 11 PAGEID #: 3416
Case: 2:18-cv-00692-MHW-EPD Doc #: 92 Filed: 04/12/19 Page: 6 of 11 PAGEID #: 303

6

```
 1    the university comes forward and admits that they have this

 2    problem and they are going to conduct this investigation and

 3    that is a date in March or April of 2018; is that correct?

 4              MR. SHARP:  That's correct, Your Honor.

 5              MR. LANDSKRONER:  That's correct, Your Honor.

 6              THE COURT:  Judge Deavers, what do you think?

 7              THE MAGISTRATE JUDGE:  We had talked previously about

 8    getting no commitment from the plaintiffs as to the theory of

 9    the case.  I think it would be helpful, again, I know

10    Judge Watson just asked you specifically but because we have

11    two different cases going on, we want to make sure that both

12    parties are in lockstep with respect to the theory of the case.

13    So why don't you again, please, articulate and formulate the

14    basis of your claims as each of you understands it.  Just to

15    confirm that we are in one unison theory.

16              MR. SHARP:  Your Honor, on behalf of the Garrett

17    Plaintiffs.  This is a Title IX case.  We're seeking a claim

18    against Ohio State University for deliberate indifference in

19    their inaction with respect to the Strauss victims and

20    everything that has continued from that point forward.  So I

21    think we are in lockstep in that regard, but I'll let Jack talk

22    on that issue.

23              MR. LANDSKRONER:  Your Honor, we have been

24    coordinating as best we can in these cases to try to streamline

25    our efforts and make sure we're not duplicating efforts.  Two
```

Case: 2:18-cv-00693-MHW-EPD Doc #: 92 Filed: 09/11/18 Page: 7 of 11 PAGEID #: 304

7

1 different claims and class claim individual claims for our

2 clients, but we are in agreement.

3          In essence, the claims arise from the question under

4 Title IX of when Plaintiffs knew that Dr. Strauss's conduct

5 constituted sexual harassment or abuse and when Plaintiffs knew

6 specifically that Ohio State University played a role and

7 contributed to their abuse and injury.  And that, we believe,

8 was instigated with Ohio State's announcement in April, end of

9 March, early April that they were going to investigate serial

10 claims of abuse against Dr. Strauss.

11          THE COURT:  How much discovery, if any, have you been

12 able to do or the investigation that you've done has brought

13 forward?  There's been talk of, in the motion papers, about

14 speaking with people who were there at the time that may still

15 be with the university or used to be affiliated with the

16 university.  Put some meat on those bones for me.  Who have you

17 talked to?

18          MR. LANDSKRONER:  Yes, sir.  So we have, as we are in

19 a suit, have not made efforts to speak to employees of the

20 university because of their position.

21          THE COURT:  Right.

22          MR. LANDSKRONER:  However, we have initiated public

23 records requests for documents.  We have extensively

24 interviewed, obviously, our clients and others that our clients

25 could identify that might help us to understand the nature of

Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 8 of 48 PAGEID #: 284
Case: 2:18-cv-00692-MHW-EPD Doc #: 193-1 Filed: 09/15/21 Page: 8 of 11 PAGEID #: 1618
Case: 2:18-cv-00692-MHW-EPD Doc #: 92 Filed: 01/22/19 Page: 8 of 11 PAGEID #: 305

8

| 1 | the complaints and the relation of those complaints to the |
| 2 | university or its staff. But we have not been able to gather |
| 3 | the information that we need. And the purpose of our request |
| 4 | for very limited discovery was, one, to get records that -- our |
| 5 | clients' own records which we provided authorizations for to |
| 6 | the university to counsel so we can have a complete |
| 7 | understanding of their window at Ohio State University if there |
| 8 | is any documentation or what their medical records reflect; we |
| 9 | have asked for information on Dr. Strauss which we've been able |
| 10 | to get through public records request but only in a limited |
| 11 | capacity; we have subpoenaed the medical board for information |
| 12 | from Dr. Strauss. I've received some documentation back there |
| 13 | and understand that there's additional documentation at the |
| 14 | medical board that they cannot release because there were |
| 15 | complaints filed but they were not validated, they were just |
| 16 | simply filed and they can't release that information to us. |
| 17 | So we know there's additional information out there. We |
| 18 | just don't have it. |
| 19 | MR. SHARP: Your Honor, we've done all of the same as |
| 20 | well as attempted to talk to a number of the former higher-ups |
| 21 | at OSU because they are formers, but because they're former |
| 22 | employees or former officers, they have declined for whatever |
| 23 | reason and they're entitled to do that. We cannot force them |
| 24 | without the power of the Court. So we haven't had too much |
| 25 | more luck other than what has been publicly available at this |

9

```
1    point.
2                THE COURT:  All right.  Thank you.
3          Mr. Carpenter, is there anything that you would like to
4    add at this point?
5                MR. CARPENTER:  No, Your Honor.
6                THE COURT:  Thank you.  Anything further on behalf of
7    Plaintiffs?
8                MR. LANDSKRONER:  Nothing more from the plaintiffs to
9    present.
10               THE COURT:  We will be issuing an order following
11   today's hearing but I'd like you to get your heads together and
12   come up with some proposed names and we will include that in
13   the order, to serve as mediators.
14               MR. LANDSKRONER:  Your Honor, I was curious in terms
15   of procedurally how the government shutdown is affecting you
16   and whether we should be aware of any procedures you'd like us
17   to follow under the circumstances.
18               THE COURT:  We will be here.  Hopefully we'll get
19   Washington working again.  That would be nice.
20               MR. SHARP:  Your Honor, on behalf of Plaintiffs
21   Garrett, I also believe that Jack would probably share in this,
22   we've previously recommended Layn Phillips as a mediator who
23   handled not only the Michigan State mediation, I know that took
24   quite a period of time, and also the USC case that was recently
25   mediated before Judge Layn Phillips.  I believe he also has --
```

10

```
1     there's a number of mediators within his office.  I believe

2     there's a few that may have gone to Ohio State's law school.  I

3     know that Judge Phillips has been back here at the invitation

4     of Ohio State to speak on arbitrations and mediations.  So we

5     would recommend him.  He may have some ideas on how best to

6     handle these having actually done them before.  But that would

7     be who we would recommend.

8              THE COURT:  Very good.

9              MR. LANDSKRONER:  We would concur with that, Your

10    Honor.

11             MR. CARPENTER:  Nothing further to add.  We will

12    confer with our clients and provide that information as

13    requested by the Court.

14             THE COURT:  Thank you.  I appreciate your coming in

15    today.

16        (The proceedings were adjourned at 10:30 a.m.)

17                            - - -

18

19

20

21

22

23

24

25
```

Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 11 of 48 PAGEID #: 287

Case: 2:18-cv-00692-MHW-EPD Doc #: 93-1 Filed: 09/15/21 Page: 11 of 11 PAGEID #: 3421
Case: 2:18-cv-00692-MHW-EPD Doc #: 32 Filed: 01/22/19 Page: 11 of 11 PAGEID #: 306

11

C E R T I F I C A T E

I, Lahana DuFour, do hereby certify that the foregoing

is a true and correct transcript of the proceedings before the

Honorable Michael H. Watson, Judge, and the

Honorable Elizabeth Preston Deavers, Magistrate Judge, in the

United States District Court, Southern District of Ohio,

Eastern Division, on the date indicated, reported by me in

shorthand and transcribed by me or under my supervision.


s/Lahana DuFour
Lahana DuFour, RMR, CRR
Official Federal Court Reporter
January 22, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



BRIAN GARRETT, ET AL,          )
                               )
     PLAINTIFFS,               )          CASE NO. 2:18-cv-692
                               )
          vs.                  )
                               )
THE OHIO STATE UNIVERSITY,)
                               )
     DEFENDANT.                )
_____)


STEVE SNYDER-HILL, ET AL, )
                               )
     PLAINTIFFS,               )          CASE NO. 2:18-cv-736
                               )
          vs.                  )
                               )
THE OHIO STATE UNIVERSITY,)
                               )
     DEFENDANT.                )
_____)


NICHOLAS NUTTER, ET AL,    )
                               )
     PLAINTIFFS,               )          CASE NO. 2:19-cv-2462
                               )
          vs.                  )
                               )
THE OHIO STATE UNIVERSITY,)
                               )
     DEFENDANT.                )
_____)

```
ROCKY RATLIFF,                  )
                                )
    PLAINTIFF,                  )     CASE NO. 2:19-cv-4746
                                )
          vs.                   )
                                )
THE OHIO STATE UNIVERSITY,)
                                )
    DEFENDANT.                  )
_____)


JOHN DOES 151-166, ET AL, )
                                )
    PLAINTIFFS,                 )     CASE NO. 2:20-cv-3817
                                )
          vs.                   )
                                )
THE OHIO STATE UNIVERSITY,)
                                )
    DEFENDANT.                  )
_____)
```

TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE MICHAEL H. WATSON
THURSDAY, MAY 13, 2021; 11:00 A.M.
COLUMBUS, OHIO

NO APPEARANCES ENTERED.
                              -  -  -

Proceedings recorded by mechanical stenography, transcript
produced by computer.

LAHANA DUFOUR, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215
614-719-3286

3

| | |
|---|---|
| 1 | Thursday Morning Session |
| 2 | May 13, 2021 |
| 3 | - - - |
| 4 | THE COURT:  Good morning, everyone.  This is |
| 5 | Judge Watson.  I have my court reporter with me.  If you'd like |
| 6 | to speak, please state your name and who you represent before |
| 7 | you speak. |
| 8 | The purpose of the call is to follow up Ohio State's |
| 9 | notice of intent to establish and now I believe they have |
| 10 | established an individual settlement program as per their |
| 11 | filing docket number 150 in the 736 case filed May 3rd of 2021. |
| 12 | After the notice was filed, some of the plaintiffs filed a |
| 13 | response.  I reviewed both. |
| 14 | Don't use the Court's docket for PR purposes.  Both |
| 15 | sides have been guilty of it from one time or another.  I don't |
| 16 | want to detract from the importance of the settlement program |
| 17 | that Ohio State has set up.  I think it's a good thing. |
| 18 | My understanding is it runs for 120 days.  So if it |
| 19 | began last Friday on May the 7th, then I would suggest that it |
| 20 | probably ends on September 7th. |
| 21 | The Court will be issuing its ruling on the pending |
| 22 | motions to dismiss no later than the end of September of 2021. |
| 23 | I understand that some of the plaintiffs would have preferred |
| 24 | an earlier decision on those motions but it's been my goal from |
| 25 | the outset to try to resolve as many of these claims as |

4

1   possible through settlement.  Any Plaintiff wishing to settle

2   before that decision is issued should keep the end of September

3   in mind and be guided accordingly.

4        At this point, I don't see any need for oral argument on

5   the pending motions to dismiss.  If that should change for any

6   reason, I'll let you know.

7        Is there anything else on behalf of counsel for the

8   plaintiffs or for the defense?  Hearing none, I believe that

9   will be all and I appreciate your attention to these matters

10  and I encourage settlement early and often, folks.  That will

11  be all.  Thanks.

12       (Proceedings concluded at 11:05 a.m.)

13                          - - -

14

15

16

17

18

19

20

21

22

23

24

25

5

1                    C E R T I F I C A T E

2

3            I, Lahana DuFour, do hereby certify that the foregoing

4    is a true and correct transcript of the proceedings before the

5    Honorable Michael H. Watson, Judge, in the United States

6    District Court, Southern District of Ohio, Eastern Division, on

7    the date indicated, reported by me in shorthand and transcribed

8    by me or under my supervision.

9

10

11                    s/Lahana DuFour
                      Lahana DuFour, RMR, CRR
12                    Official Federal Court Reporter
                      May 28, 2021
13

14

15

16

17

18

19

20

21

22

23

24

25

Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 17 of 48 PAGEID #: 293



# The ★Flag★Lady's★Flag★Store
## "The Store with The Spirit!"
### FlagLadyUSA.com

Welcome to The Flag Lady's Flag Store    Log in and Sign up    My Account    My Wish!

SHOPPING CART ( 0 item )
Spend $150, Get FREE SHIPPING
OR $9 Flat Rate Shipping

Search entire store here...



PLAINTIFF'S EXHIBIT
4

| AMERICAN FLAGS | FLAGS | FLAGPOLES | CUSTOM FLAGS | MILITARY & CIVIL | SEASONAL |
| --- | --- | --- | --- | --- | --- |
| NCAA | NFL | MLB | OHIO PRIDE | DEAL DEN | |

Home   NCAA   Ohio State Buckeyes

## OHIO STATE BUCKEYES

Quality Ohio State Buckeyes Flags, Clothing, & Decor. Since 1980 we've provided the Ohio State Buckeye Football team with the flags that the cheerleaders bring on the field. We flag the team!



**OHIO STATE BLOCK O LEAF & NUT FLAG**
Block-O-Leaf-Nut
Starting at: $24.99



**OHIO STATE VINTAGE BLOCK O FLAG**
Osu-Block-O-Flag
Starting at: $29.99



**3X5 FT SEWN BLACK ATHLETIC LOGO**
15000084
$89.90



**3X5 FT SEWN WHITE ATHLETIC LOGO**
15000086
$89.90



**OHIO STATE BLOCK O RED**



**3X5 SEWN RED ATHLETIC**



**28X40 INCH GO BUCKS**



**4X6' OHIO STATE BUCKEYE**

FLAG WITH BLACK OUTLINE

Osu-Red-Block-O-Shadowed

Starting at: $34.99

LOGO

25403573

$89.90

BLOCK O BANNER

1005308

$44.99

BLOCK O LEAF & NUT FLAG

15000081

$72.99

   

5X8' VINTAGE OHIO STATE BUCKEYE BLOCK O LEAF & NUT FLAG

15000091

$124.99

3X5 FT O-H-I-O PEOPLE FLAG SEWN

1000752

$89.00

4X6 INCH OSU ATHLETIC FLAG

15000001

~~$3.50~~

**$2.80**

3X5' WOODY O FLAG

15000077

$52.99

---

SHOP BY

---

Shopping Options

---

CATEGORY

More (18)

Flags (54)

Banners (11)

Tailgate (7)

---

PRICE



Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 19 of 48 PAGEID #: 295





# Ships the Next Day

Any in stock item ordered by 2pm EST ships out the next day.



Case: 2:21-cv-02562-MHW-EPD Doc #: 17-1 Filed: 09/21/21 Page: 20 of 48 PAGEID #: 296

## COMMUNITY POLL

**Who is your favorite U.S. President?**

◯ Abraham Lincoln

◯ George Washington

◯ Thomas Jefferson

◯ Teddy Roosevelt

◯ John F. Kennedy

◯ Franklin Roosevelt

◯ Ronald Reagan

◯ Bill Clinton

◯ Dwight Eisenhower

◯ Harry S. Truman

◯ Other

## ADDITIONAL HELPFUL LINKS

HELPFUL LINKS

Contact Us

FAQs

Shipping Information

Return Policy

Terms & Conditions

Privacy Policy

WHAT WE SUPPORT

Flag Lady Foundation

Operation Buckeye

Honor Flight Columbus

DAR

NIFDA

NFIB

OUR COMMITMENT

American Made USA Flags

Finding American Made Products

Quality Product

Quality Customer Service

Quality Manufacturing

Quality People

GET INVOLVED

About Us

Flag Lady Blog

Patriotic Newsletter

Meet The Family

Share a Veteran's Story

Welcome A New Citizen

## Subscribe to our mailing list

Subscribe

FOLLOW US

Ecommerce by MGM

PAYMENT ACCEPTED

DISCOVER

9/16/2021                    Federal judge gives plaintiffs option to recuse him from Strauss cases

This is Google's cache of https://www.dispatch.com/story/news/2021/09/13/federal-judge-gives-plaintiffs-option-recuse-him-strauss-cases/8316905002/. It is a snapshot of the page as it appeared on Sep 14, 2021 21:34:40 GMT. The current page could have changed in the meantime. Learn more.

**Full version**    Text-only version    View source



Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.

## The Columbus Dispatch

NEWS

# Judge gives plaintiffs in Ohio State Strauss case until Sunday to request his recusal

**Marc Kovac** and **Sheridan Hendrix**   The Columbus Dispatch
Published 1:17 p.m. ET Sep. 13, 2021 | **Updated 2:36 p.m. ET Sep. 13, 2021**

A federal judge in Columbus has given plaintiffs in civil lawsuits over sexual abuse by Ohio State University physician Richard Strauss until Sunday to request his recusal from their cases, following his disclosure late last week that his wife's business was licensed to sell OSU merchandise.

U.S. District Judge Michael H. Watson disclosed the licensing agreement during a telephone conference with plaintiffs on Thursday, after he was contacted by NBC News with questions about his impartiality, according to a transcript of the session obtained by The Dispatch.

"... I wanted to reach out to you all first because ethical considerations are the utmost importance to me personally, to the parties and to the public, as well as the federal judiciary as a whole," Watson said, according to the transcript. "The plaintiffs in this case have unquestionably been abused and taken advantage of by Dr. Strauss. But I want to ensure that all parties feel heard by the court."

Judge Watson noted that he had previously disclosed serving as an adjunct professor in OSU's Moritz College of Law in January 2019, and "no party requested my recusal from the case based on that relationship," he said in the transcript.

Ohio State's Mortiz College of Law lists Watson as one of its adjunct professors, and his professorship with the university is also included in Watson's federal court biography.

In addition to Watson, six other federal court judges in Columbus are listed on the Moritz College of Law's website as adjunct professors for the university. Ohio State spokesman Ben Johnson said Watson typically teaches one 3-credit hour course each spring and is paid $13,500, slightly below the standard rate of $15,000 for federal judges. He is scheduled to teach a course during spring semes 2022.

According to the transcript, Watson noted in the conference call that while he did not "believe disclosure is required by either the Code of Conduct for United States judges or the advisory opinions issued by the Committee on Codes of Conduct interpreting the code," he was doing so anyway.

Watson's wife purchased a decades-old business, The Flag Lady's Flag Store on North High Street in Clintonville, from her mother in 2017. The store sells Ohio State flags.

The Flag Lady's Store one of 400 businesses around the nation licensed to sell Ohio State merchandise, said Johnson.

"The Flag Lady's Flag Store has been an Ohio State licensee for decades," Johnson said.

Johnson said licensees pay the university a royalty for the right to use Ohio State trademarks, such as the Block O.

"Importantly, the reporter who submitted the question was under the belief that my wife's business has a lucrative contract with Ohio State, and I want to point out that my wife is a licensee through OSU trademark and licensing and the contract is a license agreement," Watson told the parties, according to the transcript. "To be clear, the licensing agreement merely permits her business to manufacture and sell to the public OSU authorized trademark merchandise and her small business pays a 12% royalty to the university for each" trademarked item sold.

Johnson said the university purchases products and services from the Flag Lady's Flag Store separate from its licensing agreement. The flag shop is one of Ohio State's 34,000 vendors, he said.

"The university is proud to support many local businesses and spent less than $16,000 at the store in fiscal year 2021," Johnson said. "All purchases were approved by University Purchasing in accordance with applicable rules and regulations."

Watson added during the conference call that, "Neither my wife nor I have a financial interest in Ohio State University... Therefore, my wife's business dealing with the university does not ethically mandate my recusal from cases involving the university."

However, given the questions and any appearance of impropriety, Watson formally disclosed the information during Thursday's conference call and gave plaintiffs 10 days — until Sunday — to request his recusal.

Otherwise, Watson has scheduled a noon hearing on Sept. 21 for oral arguments on a statute of limitations issue in a Strauss lawsuit.

In 2019, investigators hired by Ohio State concluded that Strauss sexually abused at least 177 students between 1979 and his retirement in 1998, and that university personnel repeatedly failed

to act. Lawsuits filed since then against the university indicate that the number of victims was much higher.

At last count in the university's 2019 crime report, Ohio State reported 1,429 instances of fondling and 47 instances of rape by Strauss.

Strauss died by suicide in 2005. No one has publicly defended him since alumni began coming forward with allegations in 2018.

In May, Ohio State announced it would offer an individual settlement program to some plaintiffs in five recent outstanding lawsuits against the university. The program excluded plaintiffs in lawsuits filed after the program was announced from participating in the settlements. The deadline to join that settlement program expired earlier this month.

Thursday's telephone conference came a week after one plaintiff filed notice that he was rejecting OSU's settlement officer.

Rocky Ratliff, a former OSU wrestler and now an attorney representing himself in the lawsuit, called the university's individual settlement program "a direct attack to embarrass and belittle said plaintiff as he has put his name on this lawsuit and has spoken to the media about his claims in an effort to educate the citizenship," according to the Sept. 3 filing. "His actions should be commended, not dismissed ... The plaintiff rejected the Strauss Individual Settlement Program and refused to allow the facilitators of his abuse to dictate the settlement, as in what world other than of the Scarlet and Gray is the abuser allowed to dictate such terms to their abused?"

*mkovac@dispatch.com*

*@OhioCapitalBlog*

*shendrix@dispatch.com*

*@sheridan120*









Thank you for supporting the

## Buckeye Cruise for Cancer

Over the last 14 years, **the Buckeye Cruise for Cancer has raised $25 million** for The Ohio State University Comprehensive Cancer Center – Arthur G. James Cancer Hospital and Richard J. Solove Research Institute (OSUCCC – James). Proceeds have benefited The Urban and Shelley Meyer Fund for Cancer Research, the Buckeye Cruise Fund a Need and the Stefanie Spielman Fund for Breast Cancer Research, making a positive impact on the lives of our patients and families

Your generosity is helping the OSUCCC – James eradicate cancer through research that translates to innovative and highly targeted patient care.

*From land to sea, you are helping to create a cancer-free world!*

### The James

THE OHIO STATE UNIVERSITY
COMPREHENSIVE CANCER CENTER



PLAINTIFF'S
EXHIBIT
7
tabbies'

Buckeye Cruise for Cancer Public Group | Facebook



# facebook

Do you want to log in or join Facebook?

**Log In**

or

**Join**

PLAINTIFF'S EXHIBIT
8

**Lisa Cisco** ▶ **Buckeye Cruise for Cancer**
May 14 at 9:03 PM · 🌐

SPONSOR SPOTLIGHT: The Flag Lady's Flag Store! Lori and Mike Watson you have been amazing friends and supporters of the Cruise since the beginning!! Your beautiful hand-sewn flags are simply fantastic!!! We love the partnership we have and for anyone's flag needs make sure you go visit their amazing store!! ❤️🌴🙌⛵



👍 Like                    ↪ Share

Donna Garrison Ball
Thank you! Love our flags!

Buckeye Cruise for Cancer Public Group | Facebook

2 wks  Like  Report



2 wks  Like  Report


Cathy Penrod Fazekas
Thank you

2 wks  Like  Report


Martha McSchooler Rickman
Thank you!

2 wks  Like  Report


Robin Beebe
Lori and Mike, you are two of the very first people we met when we began our BC4C adventures over a decade ago. Thank you for all that you do!!! ❤️

2 wks  Like  Report


Trish Moore
You guys are awesome ,thank you so much for all your support . Lori, you were great on "Fox & Friends " last week - loved it.

2 wks  Like  Report


Lori Haggard Givens
Thank you!

2 wks  Like  Report


Kevin Fogal
Thank you!!

2 wks  Like  Report


Jayne Poches
Thank you!

2 wks  Like  Report


Cathy McClinton Folk
Thank you Lori and Mike! Your flags are amazing!!

2 wks  Like  Report


Nikki Lewis
Thank you thank you thank you Lori & Mike Watson❤️🥰🇺🇸

Buckeye Cruise for Cancer Public Group | Facebook

2 wks   Like   Report


Susan Couden
Thank you so much!

2 wks   Like   Report


Vickie Miller
Thank you !

2 wks   Like   Report


Dorothy Hughes-Eisel
Thank you💕

2 wks   Like   Report


Phil Mccormick
Let Lori know we saw her on the Fox news morning show at a restaurant in Columbus.

2 wks   Like   Report


Renee Selvaggio Pappas
Thank you!❤️

2 wks   Like   Report


Linda Colvin
Thank you So much for all the beautiful flags we all enjoy!!!!!

2 wks   Like   Report


Samantha McGregor
Thank you! 💕

2 wks   Like   Report


Doll Kelch
Thanks Lori & Mike for all you do for BC4C. Great interview on Fox & Friends 

2 wks   Like   Report


Brenda Lee Loewendick
Thank you!

2 wks   Like   Report


Linda Auckerman
Thank you



media1.tenor.co
media1.tenor.co


2 wks    Like    Report

 **Susan Bailey**
Thank you so much for all you do!!! 🎌❤️

2 wks    Like    Report

 **Marty Abbitt Hughes**
Thank you Lori & Mike !!!!

2 wks    Like    Report

 **Donna J Baker**
Thank you!

2 wks    Like    Report

 **Michelle Kuhlwein**
The flags are always amazing.

2 wks    Like    Report

 **Tammy Rush Arnold**
One of your flags is a lasting memory for me of the amazing cruise I was on. Thank you for supporting the BC4C.

2 wks    Like    Report

 **Monica Hysell**
Thanks a bunch! Love our flags!

2 wks    Like    Report

 **Vickie Miller**
Love your amazing flags

1 wk    Like    Report

View more comments…



# 2022 BUCKEYE CRUISE FOR CANCER
## FEB 17 - 22, 2022
(HTTPS://WWW.BUCKEYECRUISE.COM/) (CLICK HERE TO VISIT OUR SITE) FOR MORE DETAILS)


PLAINTIFF'S
EXHIBIT
9

**2022 BUCKEYE CRUISE FOR CANCER SPONSORS**

URBAN & SHELLEY MEYER
FUND FOR CANCER RESEARCH


The James
THE OHIO STATE UNIVERSITY
WEXNER MEDICAL CENTER
(http://cancer.osu.edu/)

CLICK HERE (https://3756823a1680cf962926-1b3016af26666151f3c357978640a757.ssl.cf2.rackcdn.com/files-buckeye-Cruise-sponsor-info-2022.pdf)TO VIEW OUR 2022 BUCKEYE CRUISE FOR CANCER SPONSORSHIP PACKET!

154 Days0 Hours46 Minutes44 SecondsUntil We Kick Off the 2022 Event!

(https://www.face_____s/BuckeyeCruise/)
(https://instagra_____ecruise/)
(https://twitter.com/BuckeyeCruise)

Home (https://www.buckeyecruise.com/)

2022 Book Your Buckeye Cruise for Cancer (https://www.buckeyecruise.com/book cruise/)

2022 Buckeye Cruise for Cancer Cabins & Pricing (https://www.buckeyecruise.com/packages/)

2022 Hotel Information (https://www.buckeyecruise.com/hotel-information/)

Auction Packages (https://www.buckeyecruise.com/auction-packages/)

Buckeye Cruise Fund A Need (https://www.buckeyecruise.com/need/)

Buckeye Greats on Board (https://www.buckeyecruise.com/on-board/)

Cancer Survivors Registration for Cruisers Booked on the 2022 BC4C (https://www.buckeyecruise.com/cancer-survivors/)

Contact Us (https://www.buckeyecruise.com/contact-us/)

Corporate Packages (https://www.buckeyecruise.com/corporate-packages/)

Cruise Activities (https://www.buckeyecruise.com/cruise-activities/)

Cruise News & Media (https://www.buckeyecruise.com/media/)

Entertainment (https://www.buckeyecruise.com/entertainment/)

Frequently Asked Questions -FAQs (https://www.buckeyecruise.com/faqs/)

Instagram (https://www.buckeyecruise.com/instagram/)

Passport Information & Travel Insurance (https://www.buckeyecruise.com/passport-information/)

Past Cruise Highlights (https://www.buckeyecruise.com/past-cruise-highlights/)

Purchase Buckeye Cruise & Fundraising Event Photos (https://www.buckeyecruise.com/purchase-buckeye-cruise-fundraising-event-photos/)

Sponsors (https://www.buckeyecruise.com/sponsors/)

Travel Insurance (https://www.buckeyecruise.com/travel-insurance/)

Upcoming Fundraising Events & Past Fundraising Totals (https://www.buckeyecruise.com/cruise-news/)

## THE VARSITY "O" SPONSORS



GIANT EAGLE (http://www.gianteagle.com/)

GIANT EAGLE MARKET DISTRICT (http://www.marketdistrict.com/)


PAPA JOHN'S COLUMBUS LOCAL SINCE 1991 (http://www.papajohns.com/)

Roosters A FUN CASUAL JOINT (http://www.roosterswings.com/)

## THE 50 YARD LINE SPONSORS

Coors LIGHT (http://www.coorslight.com/)

Mathews, Bob & Joy

SUPERIOR beverage group (http://www.superiorbeveragegroup.com/)

## SPIRIT SPONSORS

1403 East Broad Street
Blacklick, Ohio 43004
Phone: 614.322.9150
Fax: 614.322.9152
WEP Building Consultants


Byers

Clark, Robert & Gall

Grandison Family - Jock & Lois

(https://www.facebook.com/JR4/emo)

LOCAL WASTE SERVICES keeping Buckeyes green 614-409-9375 (20) (http://localwasteservices.com/)


LUCKY'S GRILLE HILLIARD (http://luckysgrille.com/index.html)


LAURA & MIKE TELICH McFAMILY

MP Minuteman Press The Print & Look Shop in Progress North Square Drive • Dublin, Ohio 43016 614-761-1858 • dublin@minutemanpress.com (http://www.minutemanpress.com/)

October Transport LLC - Sam & Denicka Gordon

Ramsey - Luciana & Tom

Roo&Caribbean INTERNATIONAL

Smith, Brad & Tonja


ST. MARYS Tailgate For Cancer Raising Money For a Cure (http://www.tailgateforcancer.com/)

Travel Partners (http://travelpartnersindublin.com/)


Travel Partners Dublin (http://travelpartnersindublin.com/)

## BUCKEYE GREAT SPONSORS

---

REX KERN'S THE ROAD TO THE HORSESHOE AND BEYOND AUTOGRAPHED BOOK AVAILABLE HERE! (HTTPS://WWW.BUCKEYECRUISE.COM/ONLINE-FORMS/REX-KERN-S-ROAD-TO-THE-HORSESHOE/)

HORSESHOE REX KERN

(https://www.buckeyecruise.com/online-forms/rex-kern-s-road-to-the-horseshoe/)
(https://www.buckeyecruise.com/online-forms/rex-kern-s-road-to-the-horseshoe/)

Our cherished former player and Buckeye Legend, Rex Kern has kindly donated his new book, "The Road to the Horseshoe and Beyond" to help us raise funds for cancer research. For a $59 donation, you will receive an Autographed copy from this National Championship Quarterback! For those of you that have had the pleasure of meeting Rex on the Buckeye Cruise for Cancer, you know you couldn't meet a nicer man! This makes the perfect Christmas gift for that special Buckeye Fan. Book will be available for pick up or shipping in October. We'll notify you upon its arrival in our office.
(https://www.buckeyecruise.com/online-forms/rex-kern-s-road-to-the-horseshoe/)Click here to order now!
(https://www.buckeyecruise.com/online-forms/rex-kern-s-road-to-the-horseshoe/)

---

2022 BUCKEYE CRUISE FOR CANCER SPONSOR OPPORTUNITIES (HTTPS://3756823A1680CF962926-1B3016AF26666151F3C357978640A757.SSL.CF2.RACKCDN.COM/FILES-BUCKEYE-CRUISE-SPONSOR-INFO-2022.PDF)


15TH ANNIVERSARY
BUCKEYE Cruise for Cancer
2022 SPONSORSHIP INFORMATION

(https://3756823a1680cf962926-1b3016af26666151f3c357978640a757.ssl.cf2.rackcdn.com/files-buckeye-Cruise-sponsor-info-2022.pdf)
(https://3756823a1680cf962926-1b3016af26666151f3c357978640a757.ssl.cf2.rackcdn.com/files-buckeye-Cruise-sponsor-info-2022.pdf)

---

**50/50 WINNERS**
Here are our 50/50 Winners for the BC4C Beach Bound
6/16  B-028178  winner gets $3890 (CLAIMED)
6/17  E-035929  winner gets (CLAIMED)
6/18  I-037219  winner gets $4025 (CLAIMED)
6/19  L-027225  winner gets $4000 (CLAIMED)

---

MAKE A BUCKEYE CRUISE FOR CANCER FUND A NEED DONATION HERE!



CRANBERRY RESORT
WATERFRONT BAR & GRILL



Gregory Electric, Inc.
Electrical Contractors
1060 Frank Road Columbus, OH 43223
(614) 351-8589 Phone (614) 351-9003 Fax
OH Lic. EL18351

(http://www.gregory-electric.com)



BUCKEYE

Scan the QR code with your phone and you are on your way to making a difference at The OSUCCC - James Cancer Hospital and Solove Research Institute.



HEARTLAND BANK

Hickman, Glenn & Diane

(HTTPS://WWW.TRAVELPARTNERSINDUBLIN.COM)



Travel Partners in Dublin

(https://www.travelpartnersindublin.com)
(https://www.travelpartnersindublin.com)

Lukens, Mark & Kathie

Poindexter, William & Ayanna



ROCKY

Stokey, Mike & Sue



Travel Partners
FP
Specialty Tours

## "FIRST AND 10" SPONSORS



A.K. Painting
614-278-9729

Authenreith, Mike & Dee

 

Barletta





DJ M-Dizzle

Egnor, John & Georgie Shockey



(http://www.roosterswings.com)



THE FLAG LADY'S FLAG STORE
"Flu Store with The Spirit!"

(http://www.flagladyohio.com)

Hilton Head Renting -Tex & Monica Hysell

(http://hiltonheadrenting.com)

Horn Family



Kastlfel
Home Of The Razra

(http://www.kastlfel.com)

Loewendick, Joe & Brenda



INSURANCE AGENCY INC.

Invalid Location          Dark Sky



THE OHIO EGGFEST



opoc.us
ONE POINT OF CARE

(http://www.opoc.us/)



ROCKLEDGE JEWELERS

(https://rockledgejewelers.com)

 Loading...

Invalid Location          Dark Sky



SPECIALTY GAS HOUSE

Wendling, Larry & Cindy

WHEELS UP

 Loading...

## MEDIA SPONSORS



THE FAN 97.1 FM
SPORTS RADIO

(http://www.971thefan.com)



ELEVEN WARRIORS

## SCARLET AND GRAY SPONSORS



 

| Tzagournis Dental Group | Vansickle, Tim & Debbie | Whetstone, Jim & Diane | Wildcat Trucking |
|---|---|---|---|

| Williams, Barbara and Donna Smith- The Villages | Williamson, John & Cynthia | Wood, Karriann |
|---|---|---|

### SIDELINE SUPPORT SPONSORS

  

  

  

  

 

### CANCER SURVIVOR CRUISE SPONSOR

| David & Amber Garchar |
|---|

### CANCER SURVIVOR GIFT SPONSOR



Copyright © 2021 Buckeye Cruise Cruise for Cancer, ALL RIGHTS RESERVED.  SITE BY M2 (https://www.m2marketing.com/).

Refund Policy (https://www.buckeyecruise.com/book-cn/se/refund-policy/) • Privacy Policy (https://www.buckeyecruise.com/book-cn/se/privacy-policy/)

PLAINTIFF'S
EXHIBIT
10
tabbies



# 15TH ANNIVERSARY

# 2022

# SPONSORSHIP INFORMATION



## 15TH ANNIVERSARY

## VARSITY "O"
## $100,000

## PACKAGE INCLUDES:

- ONE OWNER'S SUITE
- THREE SPACIOUS OCEANVIEW STATEROOMS WITH BALCONY
- EIGHT CHARTER AIR SEATS
- PRIVATE VIP SAIL AWAY PARTY FOR EIGHT GUESTS
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- YOUR SPONSOR BANNER TO BE HUNG ON THE MAIN STAGE IN THE MAIN THEATER
- 60 SECOND ON-BOARD COMMERCIAL PROMOTING YOUR COMPANY THROUGHOUT THE CRUISE
- FULL PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOU/YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOU/YOUR COMPANY NAME/LOGO TO APPEAR ON THE BUCKEYE CRUISE FOR CANCER MARKETING MATERIALS
- YOU/YOUR COMPANY WILL APPEAR IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- YOU/YOUR COMPANY WILL "SPONSOR" ONE OF THE PRIMARY EVENTS ON-BOARD THE SHIP
- MARINER OF THE SEAS BRIDGE TOUR FOR EIGHT GUESTS
- VIP COCKTAIL PARTY FOR EIGHT GUESTS
- FAST PASS FOR AUTOGRAPH SIGNING FOR EIGHT GUESTS
- VIP RESERVED SPONSOR SEATING FOR EIGHT GUESTS
- VIP BOARDING ON THURSDAY, FEBRUARY 17TH, FOR EIGHT GUESTS
- SPONSOR JACKETS FOR FOUR GUESTS TO BE RECOGNIZED ON STAGE





## 15TH ANNIVERSARY

# ALL-AMERICAN SPONSOR $150,000

# PACKAGE INCLUDES:

- ONE OWNER'S SUITE
- SIX SPACIOUS OCEANVIEW STATEROOMS WITH BALCONY
- FOURTEEN CHARTER AIR SEATS
- PRIVATE VIP SAIL AWAY PARTY FOR FOURTEEN GUESTS
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- YOUR SPONSOR BANNER TO BE HUNG CENTER STAGE IN THE MAIN THEATER
- 60 SECOND ON-BOARD COMMERCIAL PROMOTING YOUR COMPANY THROUGHOUT THE CRUISE
- FULL PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOU/YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOU/YOUR COMPANY NAME/LOGO TO APPEAR ON THE BUCKEYE CRUISE FOR CANCER MARKETING MATERIALS
- YOU/YOUR COMPANY WILL APPEAR IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- YOU/YOUR COMPANY WILL "SPONSOR" ONE OF THE PRIMARY EVENTS ON-BOARD THE SHIP
- MARINER OF THE SEAS BRIDGE TOUR FOR FOURTEEN GUESTS
- VIP COCKTAIL PARTY FOR FOURTEEN GUESTS
- FAST PASS FOR AUTOGRAPH SIGNING FOR FOURTEEN GUESTS
- VIP RESERVED SPONSOR SEATING FOR FOURTEEN GUESTS
- VIP BOARDING ON SUNDAY, FEBRUARY 16TH, FOR FOURTEEN GUESTS
- SPONSOR JACKETS FOR SIX GUESTS TO BE RECOGNIZED ON STAGE



# 15TH ANNIVERSARY

## 50 YARD LINE SPONSOR $50,000

# PACKAGE INCLUDES:

- ONE OWNER'S SUITE
- TWO SPACIOUS OCEANVIEW WITH BALCONY STATEROOMS
- SIX CHARTER AIR SEATS
- PRIVATE VIP SAIL AWAY PARTY FOR SIX GUESTS
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- 30 SECOND ON-BOARD COMMERCIAL PROMOTING YOUR COMPANY THROUGHOUT THE CRUISE
- FULL PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOUR COMPANY NAME/LOGO TO APPEAR ON THE BUCKEYE CRUISE FOR CANCER MARKETING MATERIALS
- YOU/YOUR COMPANY WILL "SPONSOR" ONE OF THE PRIMARY EVENTS ON-BOARD THE SHIP
- YOU/YOUR COMPANY WILL APPEAR IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- VIP COCKTAIL PARTY FOR SIX GUESTS
- FAST PASS FOR AUTOGRAPH SIGNING FOR SIX GUESTS
- VIP RESERVED SPONSOR SEATING FOR SIX GUESTS
- VIP BOARDING ON SUNDAY FEBRUARY 16TH, FOR SIX GUESTS
- SPONSOR JACKETS FOR TWO GUESTS TO BE RECOGNIZED ON STAGE





# PACKAGE INCLUDES:

- ONE GRAND SUITE
- ONE OCEANVIEW WITH BALCONY
- FOUR CHARTER AIR SEATS
- PRIVATE VIP SAIL AWAY PARTY FOR FOUR GUESTS
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- 30 SECOND ON-BOARD COMMERCIAL PROMOTING YOUR COMPANY THROUGHOUT THE CRUISE
- FULL PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOUR COMPANY NAME/LOGO TO APPEAR ON THE BUCKEYE CRUISE FOR CANCER MARKETING MATERIALS
- YOU/YOUR COMPANY WILL APPEAR IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- YOU/YOUR COMPANY WILL "SPONSOR" ONE OF THE PRIMARY EVENTS ON-BOARD THE SHIP
- MARINER OF THE SEAS BRIDGE TOUR FOR FOUR GUESTS
- VIP COCKTAIL PARTY FOR FOUR GUESTS
- FAST PASS FOR AUTOGRAPH SIGNING FOR FOUR GUESTS
- VIP RESERVED SPONSOR SEATING FOR FOUR GUESTS
- VIP BOARDING ON THURSDAY, FEBRUARY 17TH FOR FOUR GUESTS
- SPONSOR JACKETS FOR TWO GUESTS TO BE RECOGNIZED ON STAGE









## 15TH ANNIVERSARY

## BUCKEYE GREAT SPONSOR $15,000

## PACKAGE INCLUDES:

- JUNIOR SUITE
- INTERIOR STATEROOM
- TWO CHARTER AIR SEATS
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- HALF PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOU/YOUR COMPANY WILL APPEAR IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- VIP COCKTAIL PARTY FOR FOUR GUESTS
- FAST PASS FOR AUTOGRAPH SIGNING FOR FOUR GUESTS
- VIP RESERVED SPONSOR SEATING FOR FOUR GUESTS
- VIP BOARDING ONTHURSDAY, FEBRUARY 17TH, FOR FOUR GUESTS
- SPONSOR JACKETS FOR TWO GUESTS TO BE RECOGNIZED ON STAGE





## PACKAGE INCLUDES:

- JUNIOR SUITE
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- QUARTER PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOU/YOUR COMPANY WILL APPEAR IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- VIP COCKTAIL PARTY FOR TWO GUESTS
- FAST PASS FOR AUTOGRAPH SIGNING FOR TWO GUESTS
- VIP RESERVED SPONSOR SECTION SEATING FOR TWO GUESTS
- VIP BOARDING ON THURSDAY, FEBRUARY 17TH FOR TWO GUESTS
- SPONSOR JACKETS FOR TWO GUESTS TO BE RECOGNIZED ON STAGE





## PACKAGE INCLUDES:

- ONE OCEANVIEW STATEROOM WITH BALCONY
- CUSTOM MADE SPONSOR BANNER HAND SEWN BY THE FLAG LADY'S FLAG STORE
- QUARTER PAGE AD IN THE ON-BOARD SPONSOR BOOKLET
- YOUR COMPANY NAME/LOGO TO APPEAR ON BUCKEYE CRUISE WEBSITE
- YOU/YOUR COMPANY WILL APPEAR IN A LINE LISTING IN CUSTOM AD ON BUCKEYE CRUISE SOCIAL MEDIA PLATFORMS
- VIP RESERVED SPONSOR SECTION IN THEATER SEATING FOR TWO GUESTS
- VIP COCKTAIL PARTY FOR TWO GUESTS
- VIP BOARDING ON THURSDAY, FEBRUARY 17TH, FOR TWO GUESTS
- SPONSOR JACKETS FOR 2 GUESTS TO BE RECOGNIZED ON STAGE





# 15TH ANNIVERSARY



**TO BOOK YOUR SPONSORSHIP PACKAGE OR FOR MORE INFORMATION PLEASE CALL, 614-792-6204 OR VISIT BUCKEYECRUISE.COM**