# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 24, 2021

Mr. Michael Hiram Carpenter
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Mr. J. C. Ratliff
Law Office
200 W. Center Street
Marion, OH 43302

Re:  Case No. 21-4128, *Michael Canales, et al v. OSU*
Originating Case No. 2:21-cv-02562

Dear Counsel:

This appeal has been docketed as case number **21-4128** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 8, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:

Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appearance of Counsel
Appellee:    Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)


    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.


Sincerely yours,


s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034


Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 21-4128**

MICHAEL CANALES; JOHN DOE 20

      Plaintiffs - Appellants

v.

OHIO STATE UNIVERSITY

      Defendant - Appellee